# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0177
_____

LIPING QU, L.M.T.,

Petitioner,

v.

STATE OF FLORIDA, DEPARTMENT
OF HEALTH, and STATE OF
FLORIDA, SURGEON GENERAL,

Respondents.

_____

Petition for Review of Non-Final Agency Action —Original
Proceedings.

June 22, 2026

PER CURIAM.

DISMISSED.

BILBREY, NORDBY, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Simon Patrick Dray of S. Patrick Dray, P.A., North Miami, for Petitioner.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Respondents.